# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 7, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140032

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                              SC: 140032
                              COA: 293625
                              Oakland CC: 2008-219450-FH

TONY SELLERS,
           Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the October 5, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 7, 2010                                   _____
                                             Clerk

p0331